UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMON LANDOR, : | |
|     Petitioner : | |
| : | |
| v. : | CIVIL NO. 1:12-CV-1329 |
| : | |
| ERIC WILSON, *et al.*, : | |
|     Respondents : | |

*O R D E R*

AND NOW, this 5th day of November, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 10), filed October 10, 2012, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. The magistrate judge's report is adopted.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

    3. The Clerk of Court shall close this file.

    4. A certificate of appealability is denied.

                                    /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge